[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 13, 2007
THOMAS K. KAHN
CLERK

No. 06-13484
Non-Argument Calendar
_____

D.C. Docket No. 06-00012-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRIUS CARL PHILLIPS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(March 13, 2007)**

Before BIRCH, HULL and MARCUS, Circuit Judges

PER CURIAM:

Randolph P. Murrell, appointed counsel for Demetrius Carl Phillips in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Phillips's conviction and sentence are **AFFIRMED**.